**Appeal Dismissed and Memorandum Opinion filed March 21, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00029-CV

## NICKY SURAN KIDD, Appellant

## V.

## LAKES SPE, LLC, Appellee

**On Appeal from the County Court at Law No. 1**
**Travis County, Texas**
**Trial Court Cause No. C-1-CV-23-005027**

## MEMORANDUM OPINION

This appeal is from a judgment signed January 8, 2024.[1] The reporter's record was filed January 29, 2024. The clerk's record was filed January 31, 2024. No brief was filed.

On March 4, 2024, we issued a notice stating that unless appellant filed a brief

---

[1] The Supreme Court of Texas ordered the Court of Appeals for the Third District of Texas to transfer this case (No. 03-23-00883-CV) to this court. Misc. Docket No. 23-9109 (Tex. Dec. 21, 2023), *see* Tex. Gov't Code Ann. §§ 73.001, .002.

along with a motion requesting an extension of time on or before March 14, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal for want of prosecution.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.